

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 3rd day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-13-00122-CR                               (Tr.Ct.No. 02-CRF-0684)

JUAN LERMA JR.

                                                                              Appellant,

v.

THE STATE OF TEXAS

                                                                              Appellee.

On appeal to this Court from Kleberg County, Texas.

★ ★ ★ ★ ★ ★

# JUDGMENT

On appeal from the 105th District Court of Kleberg County, Texas, from a judgment signed February 12, 2013 . Memorandum Opinion by Justice Nora Longoria. Do not publish. TEX. R. APP. P. 47.2(b).

THIS CAUSE was submitted to the Court on September 26, 2013, on the record and appellant's brief. These having been examined and fully considered, it is the opinion of the Court that there was no error in the judgment of the court below, and said judgment is hereby AFFIRMED against appellant, JUAN LERMA, JR.

It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK